UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DELANDO R. BRASS

VERSUS

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, ET AL

CIVIL ACTION

NO. 09-674-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 19, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint shall be dismissed for failure to obey the Orders of the Court, in accordance with Rule 16(f)(1)(A) and (C) of the Federal Rules of Civil Procedure and for failure to prosecute in accordance with Rule 41, Fed. Rules of Civil Procedure and Uniform Local Rules, Rule 41.3M.

Baton Rouge, Louisiana, ~~May~~ June 8, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA